# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal No. 10-PO-00145-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SHANE FRENCH,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that the Review scheduled in this matter for September 29, 2011 at 9:00 a.m. is **RESCHEDULED to October 4, 2011 at 4:00 p.m.**

**DATED: September 12, 2011.**

                    **BY THE COURT:**

                    **s/David L. West**
                    **United States Magistrate Judge**